

# NUMBER 13-23-00476-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**WILLARD WILLIS BAUGH JR.,**                                        **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                        **Appellee.**

---

### On appeal from the 24th District Court
### of Victoria County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Tijerina**
**Memorandum Opinion by Justice Tijerina**

This cause is before the court on appellant's motion to dismiss this appeal. Counsel for appellant and appellant signed the motion. We find the motion meets the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and attorney must sign a written motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JAIME TIJERINA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
7th day of December, 2023.